**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | **Case No:** 18-33799 |
| Tenisha Croft | ) | |
| Debtor, | ) | **Chapter:** Chapter 13 |
| | ) | |
| | ) | **Judge:** LaShonda A. Hunt |

**NOTICE OF HEARING**

**To:**  Tenisha Croft, 9371 Country Club Drive, Evergreen Park, IL, 60805

Marilyn O. Marshall, 224 S. Michigan Ave. #800, Chicago, IL, 60604

Office of the US Trustee, 219 S. Dearborn, Suite 873, Chicago, IL 60604

Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101

Internal Revenue Service Mail Stop CH1 230 S. Dearborn, Chicago, IL 60604

Attorney General of the United States Tax Division (DOJ) PO Box 55 Ben Franklin Station, Washington, DC 20530

Civil Process Clerk, Office of the United States Attorney for the Northern District of Illinois, 219 S. Dearborn, 5th Floor, Chicago, IL 60604

**PLEASE TAKE NOTICE** that on the **6th of May, 2019 at 9:30 a.m.**, I shall appear before the Honorable Judge LaShonda A. Hunt in 219 S. Dearborn St. # 719, Chicago, IL and then and there present the attached **OBJECTION TO THE CLAIM OF THE INTERNAL REVENUE SERVICE**, a copy of which is attached hereto.

**By:**  /s/ Dale Riley
          Dale Riley

**CERTIFICATE OF SERVICE**

I, Dale Riley, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, at 55 E. Monroe, Suite 3400, Chicago, Illinois, before the hour of 5:30 p.m., on March 28, 2019.

**By:**  /s/ Dale Riley
          Dale Riley

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):  312.332.1800   (Fax):  877.247.1960

**IN THE UNITED STATES OF BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: ) | Case No: | 18-33799 |
|    Tenisha Croft ) | | |
|        Debtor, ) | Chapter: | Chapter 13 |
| ) | | |
| ) | Judge: | LaShonda A. Hunt |

**OBJECTION TO THE CLAIM OF THE INTERNAL REVENUE SERVICE**

NOW COMES the Debtor, Ms. Tenisha Croft (the "Debtor"), by and through her attorneys, Geraci Law, LLC, to present her **OBJECTION TO THE CLAIM OF THE INTERNAL REVENUE SERVICE**, and states as follows:

1. This Court has jurisdiction pursuant to 11 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b).

2. The Debtor filed a petition for bankruptcy protection under Chapter 13 of the US Bankruptcy Code and a plan of reorganization on 12/05/2018.

3. On 02/27/2019, the Internal Revenue Service (hereinafter the "Creditor") filed a proof of claim (number 11) in the amount of $15,984.16.  (See attached Exhibit A.)

4. Claim 11 alleges in part $3,492.60 priority tax debt and $415.41 interest for the tax period ending 12/31/2015 and $4,402.60 priority tax debt and $330.86 interest for the tax period ending 12/31/2016 based on unfiled returns.

5. The Debtor in fact did file returns for each of these tax periods. For the tax period ending 12/31/2015 she owes $1,783.60 including interest and for the tax period ending

12/31/2016 she owes $2,402.97 including interest. (See attached Exhibit B.)

6. The claim filed by the creditor in this case is invalid pursuant to 11 U.S.C. 502(b)(1).

WHEREFORE, the Debtor, Ms. Tenisha Croft, prays that this Court enter an order disallowing the claim of the Internal Revenue Service to the extent that it pertains to the tax periods ending 12/31/2015 and 12/31/2016 beyond $1,783.60 priority debt for the tax period ending 12/31/2015 and $2,402.97 priority debt for the tax period ending 12/31/2016, and for such further additional relief that this Court may deem just and proper.

                                                   /s/ *Dale Riley*
                                                   Dale Riley

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):  312.332.1800  (Fax):  877.247.1960